# ELECTRONIC RECORD



*1676·14*
*1677·14*
*1678·14*

|  |  |  |  |
|---|---|---|---|
| | 02-14-00068-CR | | AGGRAVATED ROBBERY |
| | 02-14-00069-CR | | AGGRAVATED ASSAULT |
| COA # | 02-14-00070-CR | OFFENSE: | ATT. AGG. KIDNAPPING |
| STYLE: | JONES, RORY | COUNTY: | Denton |
| COA DISPOSITION: | AFFIRM | TRIAL COURT: | 211th District Court |
| DATE: 11/20/14 | Publish: NO | TC CASE #: | F-2014-0079-C, F-2014-0080-C & F-2014-0081-C |

## IN THE COURT OF CRIMINAL APPEALS

*1676·14 1677·14*
*1678·14*

STYLE: JONES, RORY v. _____

CCA #: _____

*PRO SE* _____ Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

*DISMISSED AS UNTIMELY*

JUDGE: _____

DATE: 3/4/2015

SIGNED: _____      PC: _____

JUDGE: *Per Curiam*

PUBLISH: _____      DNP: _____

---------------------------

*PRO SE* _____ MOTION FOR

REHEARING IN CCA IS: *denied*

JUDGE: *PC* *April 15, 2015*

## ELECTRONIC RECORD

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS  FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 02-14-00069-CR
PD-1677-14

Tr. Ct. No. F-2014-0080-C

4/16/2015
JONES, RORY

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.
Abel Acosta, Clerk

2ND COURT OF APPEALS  CLERK
DEBRA SPISAK
401 W. BELKNAP, STE 9000
FORT WORTH, TX 76196
* DELIVERED VIA E-MAIL *